# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 6 WAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| BRANDON LEE HUMPHREY, | : | |
| Petitioner | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 7 WAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| BRANDON HUMPHREY, | : | |
| Petitioner | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 8 WAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| BRANDON HUMPHREY, | : | |
| Petitioner | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 9 WAL 2022 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

| | |
|---|---|
| BRANDON HUMPHREY, | : |
| Respondent | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : No. 10 WAL 2022 |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| v. | : from the Order of the Superior Court |
| | : |
| BRANDON HUMPHREY, | : |
| Petitioner | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : No. 11 WAL 2022 |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| v. | : from the Order of the Superior Court |
| | : |
| BRANDON LEE HUMPHREY, | : |
| Petitioner | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : No. 12 WAL 2022 |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| v. | : from the Order of the Superior Court |
| | : |
| BRANDON HUMPHREY, | : |
| Petitioner | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : No. 13 WAL 2022 |
| Respondent | : |

|  |  |  |
|---|---|---|
| v. | : | Petition for Allowance of Appeal from the Order of the Superior Court |
|  | : |  |
|  | : |  |
| BRANDON LEE HUMPHREY, | : |  |
|  | : |  |
| Petitioner | : |  |
|  |  |  |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 14 WAL 2022 |
|  | : |  |
| Respondent | : |  |
|  | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : |  |
|  | : |  |
|  | : |  |
| BRANDON HUMPHREY, | : |  |
|  | : |  |
| Petitioner | : |  |
|  |  |  |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 15 WAL 2022 |
|  | : |  |
| Respondent | : |  |
|  | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : |  |
|  | : |  |
|  | : |  |
| BRANDON HUMPHREY, | : |  |
|  | : |  |
| Petitioner | : |  |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.